UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


Ponda R. Truss, et al.,                                    Case No.  3:17-cv-1188

                    Plaintiffs

        v.                                                 JUDGMENT ENTRY


Nationwide Mutual fire Insurance Co.,

                    Defendant


        For the reasons stated in the Memorandum Opinion filed contemporaneously, the

Defendant's motion to dismiss (Doc. No. 8) is granted.  Plaintiffs' motions to amend the civil cover

sheet (Doc. No. 6) and for default judgment (Doc. No. 7) are denied as moot.




                                        s/ Jeffrey J. Helmick
                                        United States District Judge